# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL LOSINGER, JR.,** | : | **CIVIL ACTION NO. 1:04-CV-2000** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **FRANK GILLIS, et al.,** | : | |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 25th day of April, 2005, upon consideration of the petition for writ of habeas corpus (Doc. 11; see also Doc. 14), it is hereby ORDERED that:

1. The Clerk of Court is directed to serve copies of the petition (Doc. 11), and this order by certified mail on respondent and the Attorney General of Pennsylvania. See R. GOVERNING § 2254 CASES R. 4.

2. Respondent shall file an answer to the petition (Doc. 1) within twenty (20) days of the date of this order. See R. GOVERNING § 2254 CASES R. 5(b)-(d) (requiring, *inter alia*, that answer state whether petitioner has exhausted state remedies and include relevant transcripts and briefs).

3. Petitioner shall be permitted to file a reply to the answer within fifteen (15) days of the filing of the answer. See R. GOVERNING § 2254 CASES R. 5(e).

4. The court will decide whether to hold a hearing on the petition based on the petition, respondent's answer, and, if filed, petitioner's reply. See R. GOVERNING § 2254 CASES R. 8(a).

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge