**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL LOSINGER, JR.,** | : | **CIVIL ACTION NO. 1:04-CV-2000** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK GILLIS, et al.,** | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 18th day of July, 2005, upon consideration of the answer

(Doc. 18) to the petition for writ of habeas corpus, in which respondents argue that

the petition should be dismissed as untimely, see 28 U.S.C. § 2244(d),  and it

appearing that documents relevant to a determination of timeliness were discussed

in the answer but not filed with the court, it is hereby ORDERED that respondents

shall supplement the record, on or before July 27, 2005, with the following

documentation:

1. Any and all documentation relating to the Post Conviction Relief Act petitions that were denied by the trial court on October 30, 2002, October 6, 2003 and February 9, 2005 including copies of the petitions and any and all state court opinions addressing the petitions.

2. A copy of the Tioga County Court of Common Pleas docket sheets for the following actions involving petitioner:  No. 165 Criminal Action, 1999; No. 165

Criminal Action, 1999; No. 166 Criminal Action, 1999; No. 175
Criminal Action, 1999, No. 185 Criminal Action, 1999;
and No. 186 Criminal Action, 1999.


                                 S/ Christopher C. Conner
                                 CHRISTOPHER C. CONNER
                                 United States District Judge